1  Floyd W. Bybee, #012651
   **FLOYD W. BYBEE, PLLC**
2  2173 E. Warner Rd., Ste. 101
   Tempe, Arizona 85284
3  Office: (480) 756-8822
   Fax: (480) 756-8882
4  floyd@bybeelaw.com

5  Attorney for Plaintiffs

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF ARIZONA**

8

9  **Steven L. Cairns**, and **Traci L. Cairns,**)   No. CV 04-1840-PHX-SMM

10    Plaintiffs,

11  v.   **STIPULATION TO EXTEND TIME DEADLINES IN RULE 16 SCHEDULING ORDER**

12  **GMAC Mortgage Corp.,** *et al.*,

13    Defendants.   (First Request)

14

Plaintiffs and Defendants, by and through counsel, hereby stipulate and request that this Honorable Court extend the deadlines in the Rule 16 Scheduling Order by sixty (60) days. Plaintiffs are in need of this extension because their expert, Richard LeFebvre, was diagnosed with brain cancer last spring has undergone three surgeries, extensive chemotherapy, and most recently six weeks of radiation treatments in California. The recent radiation treatments have caused him to gradually lose part of his sight in one eye making it even more difficult for him to read and work at this time. (See attached letter from Loma Linda University Medical Center attached as Exhibit A). In addition, LeFebvre was unexpectedly hospitalized last week for excessive bleeding due to the radiation treatments. He is now home in Flagstaff, Arizona and should be able to catch up on his work, and complete his expert report for Plaintiffs in this matter within the next sixty (60) days.

This is the parties' first request to extend these deadlines. Defendants have no objection to this request. This request is not made for the purpose of delay and is made in good faith.

DATED      August 22, 2005     .

| s/ Floyd W. Bybee | s/ Rodrick J. Coffey |
|---|---|
| Floyd W. Bybee, #012651 | Rodrick J. Coffey, Esq. |
| **FLOYD W. BYBEE, PLLC** | STINSON MORRISON HECKER LLP |
| 2173 E. Warner Rd., Ste. 101 | 1850 N. Central Ave., Ste. 2100 |
| Tempe, Arizona 85284 | Phoenix, AZ 85004-4584 |
| Office: (480) 756-8822 | |
| Fax: (480) 756-8882 | Attorneys for Defendant Equifax |
| floyd@bybeelaw.com | |

Attorney for Plaintiffs

s/ Paul M. Levine
Paul M. Levine, Esq.
McCARTHY HOTHUS LEVINE
3636 N. Central Ave., Ste. 1050
Phoenix, AZ 85012
Attorney for Defendant GMAC

s/ Angela M. Taylor
Angela M. Taylor
JONES DAY
3 Park Plaza, Ste. 1100
Irvine, CA 92614-5976

and

Timothy J. Eckstein, Esq.
OSBORN MALEDON
2929 N. Central Ave., Ste. 2100
Phoenix, AZ 85012-2794

Attorneys for Defendant Experian