**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven L. Cairns, et al., | ) | No. CV-04-1840-PHX-SMM |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| GMAC Mortgage Corp., et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Having received the Plaintiffs' and Defendant Equifax's Joint Motion to Extend the Deadlines for Filing Joint Proposed Pretrial Order and Motions in Limine and to Continue the Pretrial Conference (dkt. 90), filed with the Court on July 18, 2006,

**IT IS ORDERED** that the Joint Motion to Extend the Deadlines for Filing Joint Proposed Pretrial Order and Motions in Limine and to Continue the Pretrial Conference is **GRANTED**. (Dkt. 90.)

**IT IS FURTHER ORDERED** that the Final Pretrial Conference, originally set for Wednesday, August 16, 2006 at 4:00 p.m., is rescheduled for **Thursday, April 12, 2007 at 4:00 p.m.** This conference will be held before the Honorable Stephen M. McNamee in Courtroom 605 of the Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona.

**IT IS FURTHER ORDERED** that, if this case shall be tried to a jury, the attorneys who will be responsible for the trial of the lawsuit shall prepare and sign a Proposed Pretrial Order and submit it to the Court no later than **4:00 p.m.** on **March 9, 2007**. In addition to filing a written copy of the Proposed Pretrial Order with the Court, the parties shall also submit a copy

1  of the Final Pretrial Order on an IBM-compatible computer disk in WordPerfect® 7.0 format.
2  (360K, 720K, 1.24K, and 1.44K diskettes are all acceptable).
3      **IT IS FURTHER ORDERED** directing the parties to exchange drafts of the Proposed
4  Pretrial Order **no later than fourteen (14) days before the submission deadline**.
5      **IT IS FURTHER ORDERED** that the parties shall file and serve all motions in limine
6  no later than **March 9, 2007**. Each motion in limine shall include the legal basis supporting it.
7  Responses to motions in limine are due **March 16, 2007**. No replies will be permitted. The
8  attorneys for all parties shall come to the Final Pretrial Conference prepared to address the
9  merits of all such motions.
10     **IT IS FURTHER ORDERED** that, except with respect to the dates and times set forth
11 above, the parties shall comply with all of the other requirements set forth in the Court's Final
12 Pretrial Conference Order. <u>See</u> Dkt. 85.
13     DATED this 24th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge