**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|   |   |
|---|---|
| **Steven L. Cairns,** *et al.*,<br>    Plaintiffs,<br>v.<br>**GMAC Mortgage Corp.,** *et al.*,<br>    Defendants. | No. CV 04-1840-PHX-SMM<br><br>**ORDER** |

Pursuant to the Joint Stipulation and Motion for Dismissal with Prejudice of Experian Information Solutions, Inc. Only (dkt. 97), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice as to Defendant Experian Information Solutions, Inc. only. (Dkt. 97.)

**IT IS FURTHER ORDERED** that Defendant Experian Information Solutions, Inc.'s obligation to comply with the Court's Order Regarding Final Pretrial Conference (dkts. 85, 91) is **VACATED**. Because there is one defendant remaining in this action, Plaintiffs and defendant Equifax Information Services must comply with the Court's Order Regarding Final Pretrial Conference. See Dkts. 85, 91.

1 **IT IS FURTHER ORDERED** each party will bear its own costs
2 and attorney's fees incurred herein.
3     DATED this 16th day of August, 2006.

          Stephen M. McNamee
          United States District Judge