**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven L. Cairns, et al., | No. CIV 04-1840-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| GMAC Mortgage Corporation, a Pennsylvania corporation, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' first request to extend the deadline to file their response to Defendant Equifax's Motion for Summary Judgment. (Dkt. 99.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' first request to extend the deadline to file their response to Defendant's Motion for Summary Judgment. (Dkt. 99.)

**IT IS FURTHER ORDERED** that Plaintiffs shall have until September 13, 2006 to file their response to Defendant Equifax's Motion for Summary Judgment.

DATED this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge