**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven L. Cairns, et al., | ) | No. CIV 04-1840-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| GMAC Mortgage Corporation, a Pennsylvania corporation, et al., | ) | |
| Defendants. | ) | |

It has come to the Court's attention that a potentially dispositive motion is now pending in this matter. See dkt. 94. Accordingly, the Court will vacate the Final Pretrial Conference currently scheduled to take place on April 12, 2007. The Court will reschedule the Final Pretrial Conference, if necessary, in its order ruling on the potentially dispositive motion.

**IT IS HEREBY ORDERED VACATING** the Final Pretrial Conference scheduled to take place on April 12, 2007 at 4:00 p.m. and relieving the parties of their obligation to comply with the Order issued on July 24, 2006. See Dkt. 91 at 1:25-2:12.

DATED this 1st day of February, 2007.

Stephen M. McNamee
United States District Judge