**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven L. Cairns, et al., | No. CIV 04-1840-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| GMAC Mortgage Corporation, a Pennsylvania corporation, et al., | |
| Defendants. | |

Pending before the Court are Defendant Equifax Services, LLC's (1) Joint Motion to Substitute Attorney and (2) Motion for Substitution of Local Counsel. (Dkts. 106-107.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant Equifax Services' Joint Motion to Substitute Attorney and Motion for Substitution of Local Counsel. (Dkts. 106-107.)

**IT IS FURTHER ORDERED** that the law firm of Snell & Wilmer L.L.P., through Daniel Steimel, be substituted as Defendant Equifax Service's counsel of record in this matter in place of attorney Rodrick Joseph Coffee of the law firm of Stinson Morrison Hecker, LLP.

DATED this 1st day of February, 2007.

Stephen M. McNamee
United States District Judge