**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven L. Cairns, et al., | No. CIV 04-1840-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| GMAC Mortgage Corporation, a Pennsylvania corporation, et al., | |
| Defendants. | |

Despite the untimeliness of this motion[1], the Court will reluctantly grant the parties' Joint Motion to Extend the Deadlines for Filing the Joint Pretrial Order (Doc. 113).

Accordingly,

**IT IS HEREBY ORDERED** that the Parties shall file their Joint Proposed Pretrial Order no later than **April 27, 2007.**

**IT IS FURTHER ORDERED** that the parties shall file any motions in limine no later than **April 27, 2007** and any responses thereto no later than **May 4, 2007.**  No replies will be permitted.

---

[1] Chambers received this motion via email on the afternoon of Friday, April 13, 2007. It will not reach Chambers via ECF filing until Monday morning, April, 16, 2007. Therefore, Chambers will not technically receive the motion until after the original deadlines have expired.

1  **IT IS FURTHER ORDERED** file their joint description of case, joint proposed voir
2  dire, and stipulated jury instructions no later than **April 27, 2007.**
3  **IT IS FURTHER ORDERED** that, with the exception of the extended deadlines
4  granted herein, the parties shall comply with the Final Pretrial Conference Order (Doc. 111)
5  entered by the Court on March 19, 2007.
6  DATED this 13th day of April, 2007.

Stephen M. McNamee
United States District Judge

- 2 -