Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 South Higley Road
Suite 104, #308
Gilbert, Arizona 85295-1103
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Steven L. Cairns**, and **Traci L. Cairns**, <br><br>     Plaintiffs, <br><br> v. <br><br> **GMAC Mortgage Corp.**, *et al.*, <br><br>     Defendants. | No. CV 04-1840-PHX-SMM <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC** |

   Plaintiffs, Steven L. Cairns and Traci L. Cairns ("Cairns"), and Defendant Equifax Information Services LLC ("Equifax"), through undersigned counsel, stipulate and move the Court for an Order dismissing this action with prejudice, with each party to bear its own attorney's fees and costs.

   Equifax's counsel has authorized Floyd W. Bybee to electronically sign this joint motion on his behalf.

1
2    DATED  October 1, 2007  .
3
4    s/ Floyd W. Bybee                    s/ Lewis P. Perling
     Floyd W. Bybee, #012651              Lewis P. Perling
5    **FLOYD W. BYBEE, PLLC**             **KING & SPALDING LLP**
     2473 South Higley Road               1180 Peachtree Street
6    Suite 104, #308                      Atlanta, Georgia 30309-3521
     Gilbert, Arizona 85295-1103          Tel.: (404) 572-3079
7    Office:  (480) 756-8822              Facsimile: (404) 572-5172
     Fax: (480) 302-4186                  Email: LPerling@KSLaw.com
8    Email: floyd@bybeelaw.com
                                          Attorneys for Defendant
9    Attorney for Plaintiffs              Equifax

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26