**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven L. Cairns, et al., | ) | No. CV-04-1840-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GMAC Mortgage Corporation, a | ) | |
| Pennsylvania corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the parties' Stipulation of Dismissal, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice.  Each party will bear its own costs and attorney's fees incurred herein.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 9th day of October, 2007.

Stephen M. McNamee
United States District Judge